ROSENBAUM v. WESTIN. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Max Rosenbaum against Morris H. Westin. No opinion. Motion for stay granted. Settle order on notice. See, also, 155 N. Y. Supp. 1138.

ROSENBLUM v. WESTIN et al. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Max Rosenblum against Morris H. Westin and another. No opinion. Application granted. Order signed. See, also, 155 N. Y. Supp. 102.

ROSENFIELD, Respondent, v. ÆTNA ACCIDENT & LIABILITY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1915.) Action by Morris Rosenfield against the Ætna Accident & Liability Company.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event. Held: Property on which actual loss could not be accurately determined from plaintiff's books and accounts is excepted from the policy and not insured. Defendant's examination of plaintiff as authorized by the policy, after the loss, even if defendant then knew that little, if any, of the loss could be shown by any of plaintiff's books or accounts, was not a waiver of the condition against liability for loss not so proved. Draper v. Oswego County Fire Relief Ass'n, 190 N. Y. 12, 82 N. E. 755. It was error to submit to the jury the question as to whether defendant had waived such condition of the policy.

ROSS v. MOORE et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Francis H. Ross against Ethel H. Moore, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ROSSBACH et al., Appellants, v. MANSFIELD TIRE & RUBBER CO., Respondent. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Jacob Rossbach and others against the Mansfield Tire & Rubber Company. W. L. Cahn, of New York City, for appellants. W. P. McKown, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re ROWE. (Supreme Court, Appellate Division, First Department. November 5, 1915.) In the matter of Alfred T. Rowe. No opinion. Referee's report approved, and proceeding dismissed. Settle order on notice. See, also, 157 App. Div. 921, 142 N. Y. Supp. 1142.

RUCHTE v. PEGGIE et al. (two cases). (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Actions by Edward C. Ruchte against Jessie F. Peggie and others. No opinions. Appeals dismissed, without costs, upon stipulation filed.

RUCIENSKI, Appellant, v. LIVERPOOL, LONDON & GLOBE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Ignacy A. Rucienski against the Liverpool, London & Globe Insurance Company. E. Rosenthal, of New York City, for appellant. L. Levy, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

RUCIENSKI, Appellant, v. NORTH BRITISH & MERCANTILE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Ignacy A. Rucienski against the North British & Mercantile Insurance Company. E. Rosenthal, of New York City, for appellant. L. Levy, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

RUMSEY, Respondent, v. QUEENS COUNTY TRUST CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Joseph B. Rumsey against the Queens County Trust Company and others. No opinion. Motion for reargument, 154 N. Y. Supp. 1143, denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

RUOCCO, Respondent, v. JOSEPH GALLICK CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Raffaele Ruocco against the Joseph Gallick Contracting Company. C. J. Heermance, of New York City, for appellant. H. C. Smyth, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re RUTHERFORD'S ESTATE. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Appeal from Surrogate's Court, New York County. In the matter of the transfer tax upon the estate of John H. Rutherford, deceased. From an order of the surrogate, modifying an order assessing a transfer tax, the State Comptroller appeals. Affirmed. Thomas E. Rush, of New York City, for appellant. Howard C. Tracy, of New York City, for respondent.

PER CURIAM. The order appealed from is reversed, with $10 costs and disbursements, upon the authority of Matter of Wright, 214 N. Y. 714, 108 N. E. 1112, and the order of the surrogate of the 11th of August, 1911, confirming the report of the appraiser, affirmed. Order filed.

RYAN, Respondent, v. LASHURE, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by John Ryan against John Lashure. E. A. Jones, of New York City, for appellant. W. W. Westall, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.